FILED
CLERK, U.S. DISTRICT COURT

JUN 1 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FRANZ GREY,<br><br>            Defendant. | Case No.   18-1515M<br><br>ORDER OF DETENTION |

I.

On June 15, 2018, Defendant made his initial appearance on the criminal complaint filed in this matter. Deputy Federal Public Defender ("DFPD") Georgina Wakefield was appointed to represent Defendant.

A detention hearing was held and the Court issued the following Order of Detention.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒    Defendant has used alias names

☒    Previous arrest in 2009 for failure to appear

☒    According to the complaint, Defendant was in possession of credit and debit cards in other names and an identification card printer used to make counterfeit credit and debit cards

As to danger to the community:

☒    Criminal History includes, among others, a 1998 felony conviction for voluntary manslaughter for which Defendant was sentenced to 5-10 years, convictions in 2006 for possessing, producing and trafficking in counterfeit devices and hit and run causing death or injury and possession of a controlled substance, and a 2009 arrest for failure to appear.

☒    Admitted methamphetamine use and substance abuse

☒    Following search of Defendant's residence which resulted in the seizure and removal of firearms and ammunition, a subsequent search of Defendant's residence revealed a home-made firearm, methamphetamine and other drug paraphernalia

☒    Allegations in the complaint suggest that Defendant is not only in possession of firearms but is actively re-fashioning weapons, making semi-automatic firearms into fully automatic firearms.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: June 15, 2018              _____/s/_____
                                         ALKA SAGAR
                                 UNITED STATES MAGISTRATE JUDGE

3